ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Advanced Systems Technology | ) ASBCA No. 61874 |
|   Management Inc. | ) |
| | ) |
| Under Contract No. N00178-05-D-4165 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Stephen J. McBrady, Esq.
                                                  Charles Baek, Esq.
                                                Skye Mathieson, Esq.
                                                    Crowell & Moring LLP
                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
                                                  DCMA Chief Trial Attorney
                                                Samuel W. Morris, Esq.
                                                    Trial Attorney
                                                  Defense Contract Management Agency
                                                Chantilly, VA

## ORDER OF DISMISSAL

      For reasons indicated by one or both parties, the Board is unable to proceed with disposition of this appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within two years from the date of this Order, the dismissal shall be deemed with prejudice.

      Dated: March 22, 2021

                                              RICHARD SHACKLFORD
                                              Administrative Judge
                                              Acting Chairman
                                              Armed Services Board
                                              of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61874, Appeal of Advanced Systems Technology Management Inc., rendered in conformance with the Board's Charter.

Dated: March 23, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals